(No. 75-CC-413—

Carl F. Hardiman, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed April 9, 1975.*

Carl F. Hardiman, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

471

PER CURIAM.